# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-26-00108-CV

---

In re Eric Ramirez and Camryn Prisner

---

### Original Proceeding

---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The Petition for Writ of Mandamus, filed on March 25, 2026, by Relators Eric Ramirez and Camryn Prisner, is denied. Relators' Emergency Motion for Temporary Relief is dismissed as moot.

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: March 27, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition denied
Motion dismissed
OT06

